CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 09-23691          Date 8/19/2010
Clerk Chuck Kierpiec       Reporter David Ehrlich
In-Court Time 80 minutes

Pl. Atty. Warren Lutz

Def. Atty. David Dekker

Style: American Home Assurance Company v. Peninsula II Developers, Inc. v. Westchester Fire Insurance Co.

Reason for Hearing Partial Motions For Summary Judgment on Choice of Law

Results of Hearing Order to follow

Misc.