THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CIV-23691-SEITZ/O'SULLIVAN

AMERICAN HOME ASSURANCE COMPANY,

    Plaintiff,

vs.

PENINSULA II DEVELOPERS, INC., a Florida
Corporation, GRYPHON CONSTRUCTION, LLC, a
Florida limited liability company, and SKYLINE
SYSTEMS, a Florida corporation,

    Defendants / Counter-Plaintiffs / Third-Party
    Plaintiffs,

vs.

WESTCHESTER FIRE INSURANCE COMPANY, a
New York corporation,

    Third-Party Defendant.
_____/

**WESTCHESTER FIRE INSURANCE COMPANY'S MOTION FOR
LEAVE TO SUPPLEMENT *MOTION TO DISMISS OR
STAY THIRD-PARTY CLAIMS, OR, IN THE ALTERNATIVE,
FOR A CONTINUANCE*  WITH AFFIDAVIT**

Third-party defendant, Westchester Fire Insurance Company ("Westchester Fire"), files this motion for leave to supplement its *Motion To Dismiss Or Stay Third-Party Claims, Or, In The Alternative, For A Continuance* [DE 146] with the attached Affidavit of Joseph A. Ziemianski, and respectfully shows:

The fourth ground of Westchester Fire's original motion was stated in part as follows:

> Even if there were the required payment of underlying limits pursuant to a final judgment or qualified settlement, and the third-party plaintiffs had made a definite claim for loss, this suit would be premature as to Westchester Fire. This is so because there has been no ***allocation of alleged damages*** among the many potential categories of coverage or noncoverage. Among other things, the third-party plaintiffs must

establish the *number of "occurrences"* under the American Home policies . . . .[1]

In support of this ground, Westchester Fire, among other things, described Peninsula II's inadequate answers to interrogatories and attached the answers for the Court's review.

Since the filing of the motion, Westchester Fire has taken the corporate deposition of Peninsula II, and included in its deposition notice a list of areas of testimony designed to remedy the information deficiencies described in the fourth ground quoted above. Peninsula II designated a witness on these topics, but the witness completely failed or refused to provide responsive information. While the transcript of the deposition is not yet available, Peninsula II's inability to provide information on these important subjects is documented in the attached affidavit of Westchester Fire's counsel, Joseph A. Ziemianski. Westchester Fire asks the Court to permit supplementation of its motion with this affidavit because Peninsula II's failures in this regard constitute further direct support of the motion's fourth ground. More specifically, the failures highlight the prematurity of Peninsula II's suit for indemnity and the appropriateness of a dismissal, stay or a long-term continuance.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel certifies that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to do so.

## PRAYER

WHEREFORE, Westchester respectfully asks the Court to permit supplementation of Westchester Fire's motion with the attached affidavit.

Respectfully submitted,

_____

[1]   DE 146 at 2-3 (emphasis added).

CASE NO.: 09-CIV-23691-SEITZ/O'SULLIVAN

/s/ Joseph A. Ziemianski
Joseph A. Ziemianski (Admitted *Pro Hac Vice*)
Texas Bar No. 00797732
Bryan P. Vezey (Admitted *Pro Hac Vice*)
Texas Bar No. 00788583
Cozen O'Connor
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
jziemianski@cozen.com
bvezey@cozen.com

Anaysa Gallardo
Florida Bar No. 0707635
Cozen O'Connor
Wachovia Financial Center, Suite 4410
200 S. Biscayne Boulevard
Miami, FL 33131-4332
Tel:    305/704-5940
Fax:    305/704-5955
agallardo@cozen.com

ATTORNEYS FOR THIRD-PARTY DEFENDANT,
WESTCHESTER FIRE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of April, 2011, I electronically filed the foregoing with the Clerk of the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manned specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

/s/ Anaysa Gallardo

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-CIV-23691-SEITZ/O'SULLIVAN

## SERVICE LIST

| | |
|---|---|
| Michael David Lichtenstein, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Tel: 973/597-2408<br>Fax: 973/597-2409<br>mlichtenstein@lowenstein.com<br>*Attorneys for Defendant Peninsula II* | Alexander Edward Barthet<br>alex@barthet.com<br>John Clifford Hanson, II<br>jhanson@barthet.com<br>200 S Biscayne Boulevard<br>Suite 1800<br>Miami, FL 33131-2340<br>305-347-5290<br>Fax: 305-377-8695<br>*Attorneys for Gryphon Construction, LLC* |
| Paul Smolinsky<br>psmolinsky@jackscamp.com<br>Warren Lutz<br>wlutz@jackscamp.com<br>Jackson & Campbell<br>1120 20th Street NW<br>South Tower<br>Washington, DC 20036-3437<br>202-457-1600<br>*Attorneys for American Home Assurance Co.* | James W. Carpenter, Esq.<br>jwc@angelolaw.com<br>Eric C. Edison, Esq.<br>ece@angelolaw.com<br>ANGELO & BANTA, P.A.<br>SunTrust Center, Suite 850<br>515 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301<br>Tel: 954-766-9930<br>Fax: 954-766-9937<br>*Attorneys for Third-Party Plaintiff–Peninsula II* |
| Cindy Lea Ebenfeld<br>Hicks Porter Ebenfeld & Stein, P.A.<br>11011 Sheridan Street, Suite 104<br>Cooper City, FL 33026<br>954-624-8700<br>Fax: 954-624-8064<br>cebenfeld@mhickslaw.com<br>*Attorneys for American Home Assurance Co.* | Ellen Novoseletsky<br>Hicks Anderson & Kneale<br>799 Brickell Plaza, 9th Floor<br>Miami, FL 33131-2513<br>305-374-8171<br>Fax: 372-8038<br>enovoseletsky@mhickslaw.com<br>*Attorneys for American Home Assurance Co.* |
| Benjamin Lawrence Bedard<br>Danna P. Clement, Esq.<br>Roberts Reynolds Bedard & Tuzzio<br>470 Columbia Drive, Building C-101<br>West Palm Beach, FL 33409-0709<br>561-688-6560<br>Fax: 688-2343<br>bbedard@rrbpa.com<br>*Attorneys for Landmark American Insurance Co.* | Sandra Denise Kennedy<br>Ferencik Libanoff Brandt Bustamante<br>& Williams<br>150 S Pine Island Road, Suite 400<br>Fort Lauderdale, FL 33324<br>954-474-8080<br>Fax: 474-7343<br>skennedy@flbbwlaw.com<br>*Attorneys for Skyline Systems, Inc.* |