IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-23691-SEITZ-O'SULLIVAN

AMERICAN HOME ASSURANCE COMPANY,
a New York Corporation

    Plaintiff / Counterclaim Defendant,

v.

PENINSULA II DEVELOPERS, INC., a Florida
corporation, GRYPHON CONSTRUCTION, LLC,
a Florida limited liability company, and SKYLINE
SYSTEMS, a Florida corporation,

    Defendants / Counter-Plaintiff /
    Third-Party Plaintiff,

WESTCHESTER FIRE INSURANCE COMPANY, a
New York corporation, and LANDMARK AMERICAN
INSURANCE COMPANY, an Oklahoma corporation,

    Third-Party Defendants.
_____/

## JOINT STATUS REPORT

Pursuant to the Court's June 3, 2011 Order, Plaintiff American Home Assurance Company ("American Home") and Defendants/Third-Party Plaintiffs Peninsula II Developers, Inc. ("Peninsula II"), Gryphon Construction, LLC ("Gryphon") and Skyline Systems ("Skyline") have met and conferred and hereby submit the following Status Report:

1. <u>Settlement Between American Home and Peninsula II, Gryphon, and Skyline.</u> Following the March 22, 2011 mediation, American Home, Peninsula II, Gryphon and Skyline continued to negotiate issues relating to insurance coverage under the American Home policy for the claims at issue in this action. As of June 4, 2011 American Home resolved the claims at issue in this matter with Defendants Peninsula II, Gryphon and Skyline, and a written Settlement

Agreement was fully executed. As a consequence, all claims by and against American Home in this case have been resolved.

2. <u>Dismissal of American Home.</u>  Pursuant to the Settlement Agreement resolving the claims as between American Home and Peninsula II, American Home and Gryphon, and American Home and Skyline, these parties intend to file a Joint Motion to Dismiss American Home from this action, subject to and with the Court retaining jurisdiction to enforce the Settlement Agreement.

3. <u>Pending Claims.</u>  As issues remain unresolved between Peninsula II, Gryphon and Skyline (Third-Party Plaintiffs) and Third-Party Defendant Westchester Fire Insurance Company ("WFIC"), the Third Party Plaintiffs intend to file a motion for a realignment of the remaining parties subsequent to the dismissal of American Home.

4. <u>Pending Motions.</u>  The discovery period has ended, although the parties are still supplementing several discovery responses and by agreement completing one deposition. All experts reports have been exchanged. On May 31, 2011, Peninsula II filed a *Daubert* motion to exclude testimony of WFIC's experts, Daniel Neeb and Edward McCormack. See DE-177. WFIC, whose Motion to Dismiss filed February 18, 2011 (DE-146) is still pending, filed a Motion for Summary Judgment on June 2, 2011. See DE-183. The Third Party Plaintiffs respectfully request that in light of the substantial overlap of issues between WFIC's Motion to Dismiss and Motion for Summary Judgment that these motions be decided at the same time. Third Party Plaintiffs lastly report that they are prepared to recommence mediation with WFIC with the same mediator, the Honorable Judge Stettin, at a time and place mutually agreeable to all parties.

Dated:  June 10, 2011          Respectfully submitted,

BY:  /s Paul Smolinsky          BY:  /s Eric C. Edison

| | |
|---|---|
| CINDY LEA EBENFELD, ESQUIRE | JAMES W. CARPENTER, ESQ. |
| Hicks Porter Ebenfeld & Stein, PA | Florida Bar No.: 654256 |
| 11011 Sheridan Street, Suite 104 | ERIC C. EDISON, ESQ. |
| Cooper City, FL 33026 | Florida Bar No. 010379 |
| Counsel for American Home Assurance Co. | ANGELO & BANTA, PA. |
| PHONE: 954/347-5290 | SunTrust Center, Suite 850 |
| FAX: 954/624-8064 | 515 East Las Olas Blvd. |
| E-Mail: cebenfeld@,mhickslaw.com | Fort Lauderdale, FL  33301 |
| | Telephone: 954-766-9930 |
| | Facsimile: 954-766-9937 |
| ELLEN NOVOSELETSKY, ESQUIRE | Email: jwc@angelolaw.com |
| Hicks Anderson & Kneale | Email: ece@angelolaw.com |
| 799 Brickell Plaza | |
| 9th Floor | and |
| Miami, Florida 33131-2513 | |
| Co-Counsel for American Home Assurance Co. | DAVID T. DEKKER, ESQ. (admitted pro hac vice) |
| | MELISSA C. LESMES (admitted pro hac vice) |
| PHONE: 305/374-8171 | MICHAEL S. MCNAMARA (admitted pro hac vice) |
| FAX: 305/372-8038 | |
| E-Mail: enoveseletsky@mbickslaw.com | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | 2300 N Street |
| PAUL SMOLINSKY, ESQUIRE | Washington, D.C. 20037 |
| WARREN LUTZ, ESQUIRE | Telephone: 202.663.8000 |
| Jackson & Campbell | Facsimile: 202.663.8007 |
| 1120 20th Street NW | Email: david.dekker@pillsburylaw.com |
| South Tower | Email: melissa.lesmes@pillsburylaw.com |
| Washington, DC 20036-3437 | Email: michael.mcnamara@pillsburylaw.com |
| PHONE: 202/457-1600 | |
| FAX: 202/457-1678 | *Counsel for Peninsula II Developers, Inc*. |
| E-Mail: psmolinsky@jackscamp.com | |
| E-Mail: wlutz@jackscamp.com | |

*Counsel for American Home Assurance Co.*

| | |
|---|---|
| BY: /s John Clifford Hanson, II | BY: /s Sandra D. Kennedy |
| ALEXANDER E. BARTHET, ESQUIRE<br>JOHN CLIFFORD HANSON, II<br>The Barthet Firm<br>200 South Biscayne Blvd., Suite 1800<br>Miami, FL 33131<br>PHONE:	305/347-5290<br>FAX:	305/377-8695<br>E-Mail:  dbarthet@barthet.com | SANDRA D. KENNEDY, ESQUIRE<br>Ferencik Libanoff Brandt<br>Bustamante & Williams<br>150 S. Pine Island Rd., Suite 400<br>Ft. Lauderdale, FL 33324<br>PHONE:	954/474-8080<br>FAX:	954/474-7343<br>E-Mail:  Skennedy®f1bbwlaw.com |
| *Counsel for Gryphon Construction, LLC* | *Counsel for Skyline Systems* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011, a true and correct copy hereto has been furnished by Electronic Mail to all parties on the attached Counsel List.

By: /s Eric C. Edison_____
JAMES W. CARPENTER, ESQ.
Florida Bar No.: 654256
ERIC C. EDISON, ESQ.
Florida Bar No. 010379

SERVICE LIST

CINDY LEA EBENFELD, ESQUIRE
Hicks Porter Ebenfeld & Stein, PA
11011 Sheridan Street, Suite 104
Cooper City, FL 33026
Counsel for American Home Assurance Co.
PHONE:       954/347-5290
FAX:              954/624-8064
E-Mail: cebenfeld@,mhickslaw.com

ELLEN NOVOSELETSKY, ESQUIRE
Hicks Anderson & Kneale
799 Brickell Plaza
9th Floor
Miami, Florida 33131-2513
Co-Counsel for American Home Assurance Co.
PHONE:       305/374-8171
FAX:              305/372-8038
E-Mail: enoveseletsky@mbickslaw.com

PAUL SMOLINSKY, ESQUIRE
WARREN LUTZ, ESQUIRE
Jackson & Campbell
1120 20th Street NW
South Tower
Washington, DC 20036-3437
Co-Counsel for American Home Assurance Co.
PHONE:       202/457-1600
FAX:              202/457-1678
E-Mail: psmolinsky@jackscamp.com
E-Mail: wlutz@jackscamp.com

ANAYSA GALLARDO
Cozen O'Connor
200 S. Biscayne Blvd., Suite 4410
Miami, FL 33131
Counsel for Westchester
PHONE:       305/704-5953
FAX:              305/704-5955
E-Mail: agallardo@cozen.com

BENJAMIN L. BEDARD, ESQUIRE
Roberts, Reynolds, Bedard & Tuzzio, P.A.
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Counsel for Landmark
PHONE:       561/688-6560
FAX:              561/688-2343
E-Mail: bbedard@rrbpa.com

ALEXANDER E. BARTHET, ESQUIRE
JOHN CLIFFORD HANSON, II
The Barthet Firm
200 South Biscayne Blvd., Suite 1800
Miami, FL 33131
Counsel for Gryphon
PHONE:       305/347-5290
FAX:              305/377-8695
E-Mail: dbarthet@barthet.com

BRYAN P. VEZEY, ESQUIRE
Cozen O'Connor
1221 McKinney, Suite 2900
Houston, TX 77010
Counsel for Westchester
appearing Pro Hac Vice
PHONE:       832/214-3900
FAX:              832/214-3905
E-Mail: Bvezey@cozen.com

SANDRA D. KENNEDY, ESQUIRE
Ferencik Libanoff Brandt
Bustamante & Williams
150 S. Pine Island Rd., Suite 400
Ft. Lauderdale, FL 33324
Counsel for Skyline Systems
PHONE:       954/474-8080
FAX:              954/474-7343
E-Mail: Skennedy®f1bbwlaw.com